IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

GEORGENE PATTERSON,

      Appellant,

v.

POLK COUNTY BOARD OF
COUNTY COMMISSIONERS,
and COMMERCIAL RISK
MANAGEMENT, INC.,

      Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-4754

Opinion filed August 3, 2017.

An appeal from an order of the Judge of Compensation Claims.
Margaret E. Sojourner, Judge.

Date of Accident: June 22, 2001.

Bradley G. Smith and Nicolette E. Tsambis of Smith Feddeler & Smith, P.A.,
Lakeland, for Appellant.

William H. Rogner of Hurley, Rogner, Miller, Cox, & Waranch, P.A., Winter
Park, for Appellees.


PER CURIAM.

      AFFIRMED.

WOLF, ROWE, and KELSEY, JJ., CONCUR.